## EX PARTE WARREN REID STONE.

No. 24238. October 20, 1948.

Hon. G. P. Hardy, Jr., Judge Presiding.

Petitioner represented himself.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

Petitioner filed his application for writ of habeas corpus, in the District Court of Brazoria County, seeking his release from the state penitentiary. The court granted the writ, had a hearing and entered judgment on the facts refusing to release appellant, and ordered him returned to the penitentiary.

The record is brought forward without a statement of facts or bill of exceptions. In the state of the record nothing is presented for our consideration.

The judgment is affirmed.